Andrew N. Thomases (CSB # 177339)
andrew.thomases@ropesgray.com
Andrew T. Radsch (CSB # 303665)
andrew.radsch@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, California 94303-2284
Tel.:  (650) 617-4000
Fax.:  (650) 617-4090

Attorneys for Non-Party
ROKU, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON, INC. <br><br> Plaintiff, <br><br> v. <br><br> TCL ELECTRICAL HOLDINGS, INC., et al. <br><br> Defendants. | Misc. Case No. CV 20-80080 MISC JSC <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS <br><br> E.D. Texas Civil Action No. 2:18-CV-00546-JRG <br><br> **NON-PARTY ROKU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO MODIFY OR QUASH PLAINTIFF CANON INC.'S SUBPOENA AND FOR A PROTECTIVE ORDER** <br><br> Hearing Date:  June 4, 2020 <br> Hearing Time:  9:00 am. |

Non-Party Roku, Inc. ("Roku"), through counsel, and pursuant to Local Rule 7-11, and Local Rule 79-5, hereby moves for leave to file under seal selected portions of its Motion to Modify or Quash Plaintiff Canon Inc.'s Subpoena and for a Protective Order ("Motion to Quash"), and exhibits attached thereto, containing confidential financial and business information from Roku, including documents produced as confidential in the underlying action *Canon, Inc. v. TCL Electronics Holdings, Ltd.*, No 2:18-cv-00546-JRG (E.D. Tex.) ("Underlying Action"). In support of this Motion, Roku states:

1. Roku produced documents responsive to a subpoena *duces tecum* served on it by Canon, Inc. ("Canon"), pursuant to the protective order in the Underlying Action.

2. Roku produced a financial document which was designated with the highest confidentiality designation under the protective order, "RESTRICTED – ATTORNEYS' EYES ONLY." The document contains confidential information regarding Roku's finances.

3. As part of its Motion to Modify or Quash, Roku attached that document as Exhibit F to the Declaration of Andrew T. Radsch in Support of the Motion to Modify or Quash. Additionally, portions of the Motion to Modify or Quash and the Declaration of Kevin Bright in Support of the Motion to Quash further cite to and discuss Roku's confidential financial information.

4. As part of its Motion to Quash, Roku additionally discusses the confidential business relationship between it and Defendants.

5. Because the Motion to Quash and papers attached thereto contain highly confidential information regarding Roku's finances and business relationships, Roku seeks permission to file under seal its Motion to Modify or Quash; Exhibit F to the Declaration of Andrew T. Radsch in Support of the Motion to Modify or Quash; and the Declaration of Kevin Bright in Support of the Motion to Quash.

6. Roku is filing herewith a Proposed Order of its Motion to Quash.

WHEREFORE, Non-Party Roku respectfully requests that this Court grant it leave to file the limited selections of its Motion to Quash identified above under seal as set forth herein.

ROKU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO MODIFY OR QUASH
Misc. Case No.

1

| | |
|---|---|
| April 30, 2020 | Respectfully submitted, |
| | By: /s/ Andrew T. Radsch |
| | Andrew N. Thomases (CSB # 177339)<br>andrew.thomases@ropesgray.com<br>Andrew T. Radsch (CSB # 303665)<br>andrew.radsch@ropesgray.com<br>ROPES & GRAY LLP<br>1900 University Avenue<br>East Palo Alto, California 94303-2284<br>Tel.:  (650) 617-4000<br>Fax.: (650) 617-4090 |
| | Attorneys for Non-Party<br>ROKU, INC. |

ROKU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO QUASH
Misc. Case No.

2

ROKU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO QUASH
Misc. Case No.

3