# EXHIBIT A

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**DOCUMENT REDACTED IN ITS ENTIRETY**